UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Debbin Neto, | : |
| | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 1:11-cv-03574-CAP-JFK |
| | : |
| Stellar Recovery, Inc.; and | : |
| DOES 1-10, inclusive, | : |
| | : |
| Defendants. | : |

**NOTICE OF SETTLEMENT**

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 30 days.

Dated: December 14, 2011

                                                  Respectfully submitted,

                                                  /s/  Cara Hergenroether, Esq.
                                                  Attorney Bar No.: 570753
                                                  Attorney for Plaintiff Debbin Neto
                                                  LEMBERG & ASSOCIATES L.L.C.
                                                  1400 Veterans Memorial Highway
                                                  Suite 134, #150
                                                  Mableton, GA 30126
                                                  Telephone: (855) 301-2100 ext. 5516
                                                  Facsimile:   (888) 953-6237
                                                  Email: chergenroether@lemberglaw.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 14, 2011, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Georgia Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                 By /s/ Cara Hergenroether
                     Cara Hergenroether