UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| Debbin Neto, | : |
|                 Plaintiff, | : |
| v. | Civil Action No.: 1:11-cv-03574-CAP-JFK |
| Stellar Recovery, Inc. and DOES 1-10, inclusive, | : |
|                 Defendants. | : |

**PLAINTIFF DEBBIN NETO'S NOTICE
OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and L.R. 41.1, Plaintiff Debbin Neto, through counsel, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice.

Dated: February 7, 2012

                                       Respectfully submitted,

                                       /s/  Cara Hergenroether, Esq.
                                       Attorney Bar No.: 570753
                                       Attorney for Plaintiffs
                                       Torey Bennett & Megan Welch
                                       LEMBERG & ASSOCIATES L.L.C.
                                       1400 Veterans Memorial Highway
                                       Suite 134, #150
                                       Mableton, GA 30126
                                       Telephone: (855) 301-2100 ext. 5516
                                       Facsimile:   (888) 953-6237
                                       Email:chergenroether@lemberglaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2012, a true and correct copy of the foregoing Notice of Voluntary Dismissal with Prejudice was filed with the Clerk of Court via the CM/ECF System and that the document is available on ECF system.

                                                /s/ Cara Hergenroether
                                                Georgia Bar No. 570753
                                                Attorney for Plaintiffs

LEMBERG & ASSOCIATES L.L.C.
1400 Veterans Memorial Highway
Suite 134, #150
Mableton, GA 30126
Telephone: (855) 301-2100 ext. 5516
Email: chergenroether@lemberglaw.com

Of Counsel To:

LEMBERG & ASSOCIATES L.L.C.
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424